# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation** of Supervised Release) |
| V. | |
| | Case Number: 8:97-cr-100-T-23MAP |
| KENTHON BATSON | USM Number: 21549-018 |
| | |
| | Defendant's Attorney: Laurel Moore, fpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs  1  through  3  of the February 21, 2007, petition (Doc. 176).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | Positive urinalysis--Cannabinoids | 08/09/2006 |
| 2 | Positive urinalysis--Cannabinoids | 09/28/2006 |
| 3 | Positive urinalysis--Marijuana | 01/24/2007 |

The defendant is sentenced as provided in pages  1  through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

March 29, 2007
Date of Imposition of Sentence

_Steven D. Merryday_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

March 29th, 2007
Date

DEFENDANT:     KENTHON BATSON                                    Judgment - Page 2 of 3
CASE NUMBER:   8:97-cr-100-T-23MAP

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIVE (5) MONTHS.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: KENTHON BATSON
CASE NUMBER: 8:97-cr-100-T-23MAP

Judgment - Page 3 of 3

## SUPERVISED RELEASE

The court does not impose a term of supervised release.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.